[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 19, 2005
THOMAS  K. KAHN
CLERK

_____

No. 05-12429
Non-Argument Calendar
_____

D. C. Docket No. 04-00545-CR-T-30-EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MANUEL COLORADO-GONGORA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 19, 2005)

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Peter A. Sartes, appointed counsel for Manuel Colorado-Gongora in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hernandez's conviction and sentence is **AFFIRMED**.